UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61384-LEIBOWITZ/HUNT

YVETTE BURGEN,

    *Plaintiff*,

v.

JERICO PICTURES, INC.
d/b/a NATIONAL PUBLIC DATA,

    *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed this action on August 1, 2024. [ECF No. 1]. To date, there is no indication in the court docket that the Defendant has been served with a copy of the summons and Complaint. Federal Rule of Civil Procedure 4(m) requires the Court to dismiss any civil action in which the defendant has not been served within ninety (90) days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m).

It is therefore **ORDERED AND ADJUDGED** that on or before **November 1, 2024**, Plaintiff shall perfect service upon the Defendant or show cause why this case should not be dismissed for failure to effectuate service of process. Failure to file proof of service or show good cause by **November 1, 2024**, will result in a dismissal without further notice.

**DONE AND ORDERED** in the Southern District of Florida on October 3, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record